IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

D.A.Y. A MINOR, BY AND THROUGH HER
GUARDIAN, BARBARA A. LEDET                                                         PLAINTIFF

VS.                                                                          CIVIL NO. 1:16-cv-325-HSO-JCG

JACKSON COUNTY, MISSISSIPPI
JACKSON COUNTY SCHOOL DISTRICT,
STEPHANIE GRUICH, PRINCIPAL,
TERRI NETTLES, AND UNKNOWN JOHN DOES 1-20                      DEFENDANTS

**AGREED ORDER OF REMAND**

THIS MATTER, HAVING COME on the agreement of the parties to remand this action to the Circuit Court of Jackson County, Mississippi and the Court being advised that the parties are in agreement, and the Court otherwise being fully advised in the premises, does hereby order and adjudge as follows:

On September 6, 2016, Jackson County School District filed its Notice of Removal [Doc. 1]. That at the time of the filing of the Notice of Removal, Jackson County School District was unaware of whether the individual Defendants had been served with process, but has since learned that they have and that they do not consent to the removal of this action. The parties are in agreement that the case should be remanded. Accordingly, this Court remands this case to state court.

IT IS THEREFORE, ORDERED AND ADJUDGED that this action shall be immediately remanded to the Circuit Court of Jackson County, Mississippi, and that a certified copy of this Order of remand shall be immediately mailed by the Clerk to the clerk of the state court pursuant to 28 U.S.C. § 1447(c).

SO ORDERED AND ADJUDGED, this the 29th day of September, 2016.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE

Agreed to:

*s/ Michael W. Crosby*
Michael W. Crosby, Esq.
*Attorney for Plaintiff*


*s/ J. Tucker Mitchell*
J. Tucker Mitchell, Esq. 2
*Attorney for Jackson County School District*