UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
SOUTHERN DISTRICT OF MISSISSIPPI
Gulfport, Mississippi

September 29, 2016

Arthur Johnston
CLERK
501 E. Court St., Suite 2.500
Jackson, MS  39201

TELEPHONE
(601) 608-4000

*DIVISIONS*
SOUTHERN at Gulfport
2012 15th Street
Suite 403, Zip 39501

HATTIESBURG at Hattiesburg
701 Main St., Suite 200, Zip 39401

JACKSON at Jackson
245 E. Capitol, Suite 316
Zip 39201

EASTERN & WESTERN at Jackson
245 E. Capitol, Suite 316
Zip 39201

Jackson County Circuit Clerk
P. O. Box998
Pascagoula, MS  39568-0998

      Re: D.A.Y. a minor, by and through her guardian, Barbara A. Ledet vs. Jackson County, Mississippi, et al.
      Civil Action No. 1:16cv325 HSO-JCG

Dear Mr. Carney,

      Enclosed, please find certified copies of the Docket Sheet and Agreed Order of Remand signed by Judge Halil Ozerden remanding this case back to your court.

      ARTHUT JOHNSTON, CLERK

      By: S/ R. White, D.C.

Encls.

cc: All Counsel (by NEF)